**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In Re:                                                                                                                               Case #6:15-bk-03691
**Debtor:** Jean Cooling-Dukes                                                               Chapter 13

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION**
*Subject property: 335 east lakeshore boulevard kissimmee, FL 34744*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 10-22-2015 and the following parties were present:

1. [ x ] The Debtor: Jean Cooling-Dukes
2. [ x ] The Debtor's Attorney: Barbara Leach
3. [ x ] The Lender's Representative: Stevie Glowacz &Susan Terrado
4. [ x ] The Lender's Attorney: Austin Noel

**B.** The final MMM conference was scheduled for 10-22-2015 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement

Dated: 11.02.15                              Signature of Mediator: _____ //s// Robert Branson
                                                              Printed Name: Robert Branson
                                                              Address: 1501 E. Concord Street Orlando, FL 32803
Copies To:                                      Phone: (407) 894-6834
[All Parties to Mediation]                   Email: robert@bransonlaw.com